THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER FUHRTZ, Appellant. [981 NYS2d 611]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered September 21, 2011, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his challenges to certain remarks made by the prosecutor during summation (*see* CPL 470.05 [2]; *People v Williams*, 38 AD3d 925, 926 [2007]). In any event, the challenged remarks either were responsive to defense counsel's summation, or constituted fair comment on the evidence or inferences drawn therefrom (*see People v Ashwal*, 39 NY2d 105, 109-110 [1976]; *People v Birot*, 99 AD3d 933 [2012]; *People v Guevara-Carrero*, 92 AD3d 693, 695 [2012]). Under the circumstances of this case, defense counsel's failure to object to the challenged remarks did not constitute ineffective assistance of counsel (*see People v Brown*, 106 AD3d 754 [2013]; *People v Harris*, 74 AD3d 984, 986 [2010]). Eng, P.J., Balkin, Sgroi and Cohen, JJ., concur.